UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NATHAN LINDELL,
423 Mallard Drive
Greensboro, MD 21639

          Plaintiff,

vs.

THE LANDIS CORPORATION 401(K) PLAN;
LANDIS CONSTRUCTION COMPANY;
ETHAN LANDIS, individually and in his
capacity as an officer; HUGH JEFFERY FOX,
PLAN ADMINISTRATOR of the LANDIS
CORPORATION 401(K) PLAN; and JOHN
DOES 1-5, Fiduciaries

7059 Blair Road., NW, Suite 300,
Washington, D.C. 20012
          Defendants.

Case No.: ____CV

## **COMPLAINT**

1.  This action arises under the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§ 1109, 1132(a)(1)(B) and § 1132(a)(3)(B) (hereinafter "ERISA"). This Court has jurisdiction under 29 U.S.C. § 1132(e)(1).

2.  Venue is proper pursuant to the provisions of 28 U.S.C. § 1391(b) as the acts complained of occurred in the District of Columbia.

3.  Plaintiff Nathan Lindell is a resident of Greensboro, Maryland.

4.  Defendant Landis Construction Company ("Landis") is an Employer in the District of Columbia.

5. Defendant Landis Construction Company 401(k) Plan (hereinafter "401(k) PLAN") is an employee benefit pension plan created pursuant to Section 3(1) of ERISA, 29 U.S.C. § 1002(1) and offered by Landis for the benefit of its employees.

6. Defendant Landis Construction Company ("Landis") is the plan sponsor of the 401(k) Plan, and Ethan Landis responsible for ensuring that both employee contributions and employer matching are timely and accurately made to the 401(k) Plan.

7. At all relevant times, Plaintiff was an employee of Landis and a participant in the 401(k) PLAN.

8. At all times relevant, Defendant Hugh Jeffery Fox has been the named fiduciary, identified as plan administrator of the 401(k) Plan.

9. On information and belief record-keeping and investment management for the 401(k) Plan is conducted by the CitiStreet. On information and belief, CitiStreet is responsible for all aspects of investment administration, including investment selection, reporting and disclosure, recordkeeping and paying benefits.

10. As the named fiduciary, Fox had an obligation to ensure that the 401(k) PLAN complied with the requirements of ERISA and the Internal Revenue Code, and to monitor all service providers that were responsible for carrying out the administration of the plan.

## UNPAID AND UNTIMELY CONTRIBUTIONS

11. At all times relevant, Landis failed to pay overtime wages to Plaintiff.

12. At all times relevant, Landis committed to submit employer matching contributions, equal to 3 percent of Plaintiff's earnings, to the 401(k) Plan.

13. Because Landis failed to pay overtime wages, the amount of employer contributions was less than what was promised.

14. Because Landis failed to pay overtime wages, Plaintiff lost investment earnings from the time that contributions were due to be paid to the plan, and

continues to lose such earnings and opportunities to protect the earnings on those contributions.

15. On information and belief, Landis failed to submit contributions that were deducted from Plaintiff's paycheck to Plaintiff's 401(k) Plan account in a timely manner.

16. Because Landis failed to submit contributions that were deducted from Plaintiff's paycheck to Plaintiff's 401(k) Plan account in a timely manner, Plaintiff lost investment earnings from the time that contributions were due to the plan until the time the contributions were remitted.

17. On information and belief, Landis did not contribute deducted contributions until the end of the calendar year, although the deductions were taken with each paycheck.

## **BREACH OF FIDUCIARY DUTY**

18. Plaintiff restates Paragraphs 1 through 16, and incorporates them herein.

19. At all times relevant, 401(k) Plan did not disclose all expenses charged to Plaintiff's account.

20. At all times relevant, Defendant Fox and all John Doe fiduciaries did not disclose what expenses associated the administering the 401(k) Plan would be charged to participants.

21. At all times relevant, Defendant Fox and all John Doe fiduciaries did not take steps to ensure that employee contributions were timely remitted to participants 401(k) Plan accounts.

22. Defendant Fox and all John Doe fiduciaries breached her fiduciary duty with regard to the administration of the 401(k) Plan.

23. Plaintiff has been forced to and will continue to expend attorney's fees to secure payment of the claims and is entitled to recover those fees pursuant to 29 U.S.C. § 1132(g).

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

1. For an order that Plaintiff is entitled to reimbursement of all unreasonable expenses deducted from his 401(k) Plan account;

2. For an order directing that Defendants to reimburse Plaintiff 's 401(k) Plan account unpaid contributions, interest and lost earnings resulting from untimely contributions to the plan, as well as penalties under ERISA Section 502(c);

3. For an order finding Defendant Fox and all John Doe fiduciaries in breach of their fiduciary duty in the administration of the 401(k) Plan;

4. For prejudgment interest;

5. For reasonable attorney's fees pursuant to 29 U.S.C. § 1132(g);

6. For costs of suit incurred herein; and

7. For such other relief as the Court deems just and proper.

Dated: August 22, 2008

Respectfully submitted,

Denise M. Clark (420480)
The Law Office of Denise M. Clark
1250 Connecticut Ave, NW, Ste 200
Washington, D.C. 20036
(202) 293-0015
www.benefitcounsel.com

# CIVIL COVER SHEET
JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Nathan Lindell
423 Mallard Drive
Greensboro, MD 21639

## DEFENDANTS
The Landis Corporation 401(k) Plan; Landis Construction Company; Ethan Landis, individually and in his official capacity as an officer; Hugh Jeffery Fox, Plan Administrator of the Landis Corporation 401(k) Plan; and John Does 1-5, fiduciaries

88888

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Caroline
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Washington, DC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Denise M. Clark, Esq.
The Law Office of Denise M. Clark, PLLC
1250 Connecticut Ave, N.W., Ste. 200
Washington, DC 20036
202-293-0015

ATTORNEYS (IF KNOWN)

Case: 1:08-cv-01462
Assigned To : Friedman, Paul L.
Assign. Date : 8/22/2008
Description: Labor-ERISA

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- ⊗ 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- [ ] 410 Antitrust

### ○ B. Personal Injury/Malpractice
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- [ ] 151 Medicare Act

Social Security:
- [ ] 861 HIA ((1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g)
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g)

Other Statutes
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)         OR         ○ F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act

/5/

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ⊗ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☒ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⊗ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
ERISA breach of fiduciary duty claim for failure to pay contributions to a 401(k) plan under 29 USC Sections 1132(a)(1)(B), 1132 (a)(3), and 1109

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND:  YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☒   NO ☐   If yes, please complete related case form.

DATE 8/22/2005   SIGNATURE OF ATTORNEY OF RECORD  _[signature]_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.