UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

)
NATHAN LINDELL,                          )
                                         )
         Plaintiff,                      )
                                         )
    v.                                   )   Civil Action No. 08-1462 (PLF)
                                         )
THE LANDIS CORPORATION 401(K) PLAN;      )
LANDIS CONSTRUCTION COMPANY;             )
ETHAN LANDIS, individually and in his capacity )
as an officer; HUGH JEFFREY FOX, PLAN    )
ADMINISTRATOR of the LANDIS              )
CORPORATION 401(K) PLAN; and JOHN        )
DOES 1-5, Fiduciaries,                   )
                                         )
         Defendants.                     )
_____)

ORDER

    For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

    ORDERED that defendants' motion to dismiss [3] is granted in part and denied in

part; it is

    FURTHER ORDERED that defendants Landis Construction Company and Ethan

Landis, individually and in his capacity as an officer, are dismissed from the case; the remaining

defendants will not be dismissed; and it is

FURTHER ORDERED that on or before August 11, 2009 the parties shall submit

a joint report to the Court indicating how they wish to proceed.

SO ORDERED.

                                                    /s/
                                                    PAUL L. FRIEDMAN
                                                    United States District Judge

DATE: July 28, 2009